LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff

CATHERINE MANSKE, SBN 183815
GORDON & REES, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Fax: (916) 920-4402

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>    Plaintiff,<br><br>v.<br><br>C.J.K. ASSOCIATES dba APPLEBEE'S,<br><br>    Defendants.<br>_____/ | Case No. CIV. S-05-01891-FCD-KJM<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, LARY FEEZOR, and defendants, C.J.K. ASSOCIATES dba APPLEBEE'S, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: September 6, 2006          LAW OFFICES OF LYNN HUBBARD, III


                                  /s/ Lynn Hubbard, III, Esquire
                                  LYNN HUBBARD, III
                                  Attorney for Plaintiff

Stipulation of Dismissal and Order Thereon                Feezor v. Applebee's, et al.
                                                          CIV. S-05-01891-FCD-KJM

Dated: September 5, 2006                     GORDON & REES, LLP


     /s/ Catherine Manske, Esquire
CATHERINE MANSKE
Attorney for Defendant C.J.K Associates

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01891-FCD-KJM, is hereby dismissed with prejudice.

Dated: September 8, 2006             /s/ Frank C. Damrell Jr.
United States District Court Judge